**TERRY A. DAKE, LTD.**
**11811 North Tatum Boulevard**
**Suite 3031**
**Phoenix, Arizona 85028-1621**
**Telephone: (480) 368-5199**
**Facsimile: (480) 368-5198**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| GREGORY A. EVANS, ROXANE R. EVANS, | Case No. 2:09-BK-10715-SSC |
| Debtors. | |

**MOTION TO APPROVE COMPROMISE**

The trustee moves this Court for the entry of an order approving a compromise with the debtors. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED September 26, 2009.

                                         **TERRY A. DAKE, LTD.**


                                         By /s/ TD009656
                                            Terry A. Dake
                                            11811 North Tatum Boulevard
                                            Suite 3031
                                            Phoenix, Arizona 85028-1621
                                            Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

At the time that this case was filed, the debtors were entitled to receive renewal commissions from an insurance business operated by the debtors. The trustee contends that the renewal

commissions are estate property.  The debtors dispute the trustee's claims for a variety of reasons.

In order to resolve this dispute, the debtors and the trustee have reached the following agreement, subject to approval by this Court:

1.   The debtors and Greg Evans Insurance Agency, Inc. shall pay to the trustee $144,000.00 in full satisfaction of any and all right, title and interest in and to the renewal commissions.

2.   Payment of the agreed amount shall be made in installments of $2,000.00 per month until paid in full.  Payments shall commence on October 1, 2009 and shall continue on the same day of each following month until paid in full.

3.   So long as payments are timely made, no interest shall accrue on the agreed amount.  However, should any payment not be received within fifteen days after the due date, then a default shall be deemed to have occurred, and the remaining unpaid balance shall begin accruing interest at the rate of 10% per annum.  This interest shall be compounded annually.  Further, the trustee may then elect to accelerate the remaining installments by providing written notice of acceleration to counsel for the debtors and/or to the debtors.  The full balance shall then be immediately due and owing and the trustee may proceed with involuntary collection thereof.  Further, if collection efforts are required, the trustee shall be entitled to recover actual attorney's fees and costs incurred in collection.

4.   All amounts due pursuant to this settlement shall be secured by a lien on all assets of Greg Evans Insurance Agency, Inc., on all insurance commissions due to the debtors and to Greg Evans Insurance

Agency, Inc. and on the assets claimed as exempt "tools of the trade" on the debtors' Schedule C.

5. After the trustee has received sufficient funds to pay all administrative expense claims in full, along with a reserve of $2,500.00 for any additional administrative expenses that may be incurred, then the trustee shall begin making quarterly payments to any allowed priority or secured tax claims until such claims have been paid in full. If additional administrative expenses are subsequently incurred, then the trustee may suspend the tax payments until sufficient funds have been accumulated to pay the new administrative expense claims.

6. When all payments due to the estate have been made as set forth herein, then the estate's interest in the renewal commissions shall terminate and the renewal commissions shall be deemed abandoned and the security interests shall be released.

In light of the amounts at issue, and the costs and uncertainties of litigation, the trustee believes that the proposed compromise is reasonable and in the best interest of the estate. The proposed compromise avoids the delay, expense and uncertainty of additional litigation and provides a return to the estate.

**WHEREFORE**, the trustee prays for the entry of an order approving a compromise with the debtors as set forth herein.

DATED September 26, 2009.

*TERRY A. DAKE, LTD.*


By /s/ TD009656
  Terry A. Dake
  11811 North Tatum Boulevard
  Suite 3031
  Phoenix, Arizona 85028-1621

1  APPROVED AND AGREED:
2
3
4  *[signature]*
   JOSEPH C. MCDANIEL
5  JOSEPH C. MCDANIEL PC
   6245 N. 24th Parkway, Ste. 112
6  Phoenix, AZ 85016
   602-297-3025
7  Fax : 623-321-1562
   Email: joseph.mcdaniel@azbar.org
8  Attorney for Debtors

9
   *[signature]*
10
   GREGORY A. EVANS
11 15019 S. 6TH PLACE
   PHOENIX, AZ 85048
12
   *[signature]*
13
   ROXANE R. EVANS
14 15019 S. 6TH PLACE
   PHOENIX, AZ 85048
15
16 GREG EVANS INSURANCE AGENCY, INC.

17 *[signature]*

18 By: Gregory A. Evans
   Its: President

4