```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: October 28, 2009

                               _____
                                     SARAH S. CURLEY
                                   U.S. Bankruptcy Judge
```

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| GREGORY A. EVANS, | ) | |
| ROXANE R. EVANS, | ) | Case No. 2:09-BK-10715-SSC |
| Debtors. | ) | |

### ORDER GRANTING
### MOTION TO APPROVE COMPROMISE

This matter having come before the Court on the trustee's Motion To Approve Compromise; and

It appearing that notice of the trustee's motion was duly given to creditors and parties in interest as appears from the certificate of mailing filed with the Court; and

There having been no objections to the trustee's motion timely filed and served; and

The Court having reviewed the compromise and finding that the compromise is a reasonable exercise of the trustee's business judgment and that the compromise is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Motion To Approve Compromise shall be and the same is hereby approved.

**IT IS FURTHER ORDERED:**

1. The debtors and Greg Evans Insurance Agency, Inc. shall pay to the trustee $144,000.00 in full satisfaction of any and all right, title and interest in and to the renewal commissions from the insurance business operated by the debtors.

2. Payment of the agreed amount shall be made in installments of $2,000.00 per month until paid in full. Payments shall commence on October 1, 2009 and shall continue on the same day of each following month until paid in full.

3. So long as payments are timely made, no interest shall accrue on the agreed amount. However, should any payment not be received within fifteen days after the due date, then a default shall be deemed to have occurred, and the remaining unpaid balance shall begin accruing interest at the rate of 10% per annum. This interest shall be compounded annually. Further, the trustee may then elect to accelerate the remaining installments by providing written notice of acceleration to counsel for the debtors and/or to the debtors. The full balance shall then be immediately due and owing and the trustee may proceed with involuntary collection thereof. Further, if collection efforts are required, the trustee shall be entitled to recover actual attorney's fees and costs incurred in collection.

4. All amounts due pursuant to this settlement shall be secured by a lien on all assets of Greg Evans Insurance Agency, Inc., on all insurance commissions due to the debtors and to Greg Evans Insurance Agency, Inc. and on the assets claimed as exempt "tools of the trade" on the debtors' Schedule C.

5. After the trustee has received sufficient funds to pay all administrative expense claims in full, along with a reserve of $2,500.00 for any additional administrative expenses that may be incurred, then the trustee shall begin making quarterly payments to any allowed priority or secured tax claims until such claims have been paid in full. If additional administrative expenses are subsequently incurred, then the trustee may suspend the tax payments until sufficient funds have been accumulated to pay the new administrative expense claims.

6. When all payments due to the estate have been made as set forth herein, then the estate's interest in the renewal commissions shall terminate and the renewal commissions shall be deemed abandoned and the security interests shall be released.

**DATED AND SIGNED ABOVE.**