# Notice Recipients

District/Off: 0970–2  User: medinad  Date Created: 11/3/2009
Case: 2:09–bk–10715–SSC  Form ID: b18  Total: 49

**Recipients of Notice of Electronic Filing:**
aty     JOSEPH C. MCDANIEL     joseph.mcdaniel@azbar.org
aty     TERRY A. DAKE     tdake@cox.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      GREGORY A. EVANS     15019 S. 6TH PLACE     PHOENIX, AZ 85048
jdb     ROXANE R. EVANS     15019 S. 6TH PLACE     PHOENIX, AZ 85048
tr      ROBERT A. MACKENZIE     2025 N. 3RD ST., #157     PHOENIX, AZ 85004
smg     AZ DEPARTMENT OF REVENUE     BANKRUPTCY &LITIGATION     1600 W. MONROE, 7TH FL.     PHOENIX, AZ 85007–2650
8194272     ADRIAN CUC     10627 W. LONE CACTUS DR.     PEORIA, AZ 85382
8497936     ARIZONA DEPARTMENT OF REVENUE     SPECIAL OPERATIONS UNIT     1600 W. MONROE, 7TH FLOOR     PHOENIX, AZ 85007
8117607     Alfonso Sesmes     736 E. Portland St.     Phoenix, AZ 85006
8117608     American Express     P.o Box 981537     El Paso, TX 79998
8526600     American Express Bank FSB     c/o Becket and Lee LLP     POB 3001     Malvern PA 19355–0701
8117610     Bank Of America     P.o Box 15726     Wilmington, DE 19886–5726
8117609     Bank Of America     P.o Box 15726     Wilmington, DE 75285–1001
8117611     Bank Of America     Payment Processing     POB 15019     Wilmington, DE 19850–5019
8117612     Brebner Law Firm, PC     3550 N. Central Ave.     Phoenix, AZ 85012
8117613     Chandler Regional Medical Center     File #56233     Los Angeles, CA 90074–6233
8117614     Choice Visa     P.o Box 6401     The Lakes, NV 88901–6401
8117615     Citi     P.O Box 183113     Columbus, OH 43218–3113
8117617     Citi Cards     P.o Box 6077     Sioux Falls, SD 57117–6077
8117616     Citi Cards     P.o Box 6940     The Lakes, NV 88901–6940
8117618     Citi Financial     P.o Box 140489     Irving, TX 75014–0489
8117619     Countrywide     P.o Box 10219     Van Nuys, CA 91410–0219
8117620     Duane Aaron     10833 Sunset Dr.     Goodyear, AZ 85338
8117621     FIRST FINANCIAL     1201 ELM STREET STE#3500     DALLAS, TX 75270
8194274     GEORGE AND VENICA ANDERSON     15039 S. 6TH PLACE     PHOENIX, AZ 85048
8117626     HSBC     PO BOX 5608     GLENDALE HEIGHTS, IL 60139–5608
8117622     Hfc     P.o Box 3425     Buffalo, NY 14240
8117623     Hfc     P.o Box 3425     Buffalo, NY 14240–9733
8117624     Hfc     P.o Box 60101     City Of Indus, CA 91716–0101
8117625     Hines Property Management     40 N. Central Ave., Ste 200     Phoenix, AZ 85004
8117627     INTERNAL REVENUE FEDERAL     P.O BOX 145566     CININNATI, OH 45250–5566
8117628     Keith Starr     9310 S. Eastern, Ste 103     Las Vegas, NV 89123
8117629     LAFAYETTE LEVER     1702 W. LYNX WAY     CHANDLER, AZ 85248
8117630     Leslie Meneses     16776 W. Mesquite Dr.     Goodyear, AZ 85338
8117631     Micaela Ovante     POB 90045     Phoeinx, AZ 85066
8117632     Ncb Management Services, Inc     P.o Box 1099     Langhorne, PA 19047
8117633     Nco Financial     P.o Box 15773     Wilmington, DE 19850–5773
8194273     PAUL REIDHEAD     POB 611     HEBER, AZ 85928
8500976     PYOD LLC its successors and assigns as assignee of     Citibank     c/o Resurgent Capital Services     PO Box 19008     Greenville, SC 29602–
8117634     Patricia Harris     5998 W. Tulsa     Chandler, AZ 85226
8117635     Qwest     P.o Box 29040     Phoenix, AZ 85038–9040
8117636     St. Farm Bank     P.o Box 23025     Columbus, GA 31902–3025
8117637     State Farm Bank     P.o Box 3298     Milwaukee, WI 53201–3298
8491912     State Farm Bank     c/o Becket and Lee LLP     POB 3001     Malvern PA 19355–0701
8117638     Sunland Credit Union     P.o Box 7609     Lafayette, IN 47903–7609
8117639     Sunland Credit Union     P.o Box 7609     Layfayette, IN 47903–7609
8117640     The Foothills Community Assoc     1801 S. Extension Road. Ste# 124     Mesa, AZ 85210
8117641     Valerie Crespo     POB 145     LAVEEN, AZ 85339
8117642     Xavier Crespo     9809 S. 30th Drive     Laveen, AZ 85339

TOTAL: 47